UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVSION

| | |
|---|---|
| JASON PLOWMAN,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S RETAIL HOLDINGS, INC.,<br><br>Defendant. | 2:18-CV-10290-TGB<br><br>ORDER DENYING DEFENDANT MACY'S MOTION TO DISMISS (DKT. 16) |

This matter is before the Court on Defendant Macy's Retail Holdings, Inc.'s motion to dismiss Plaintiff's Amended Complaint (Dkt. 16). The Court held a hearing on Defendant's motion on July 30, 2018. For the reasons stated on the record during the hearing, Defendant's motion to dismiss is **DENIED**. Defendant Macy's is hereby ordered to file an Answer to Plaintiff's Amended Complaint within 14 days of the date of this order. The parties are then directed to file a Rule 26(f) within 7 days after the filing of Defendant's Answer, and the Court will set this

matter for a telephonic scheduling conference on September 10, 2018 at 11:30 a.m. Plaintiff shall initiate the call and include the Court when all parties are present by calling (313) 234-2640.                  .

**SO ORDERED**.

DATED this 9th day of August, 2018.

                                  BY THE COURT:

                                  s/Terrence G. Berg  
                                  TERRENCE G. BERG  
                                  UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on August 9, 2018, using the CM/ECF system, which will send notification to each party.

                                  s/A. Chubb  
                                  Case Manager